# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH CUEVAS, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CONAM MANAGEMENT CORPORATION, a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:18-cv-1189-GPC-LL<br><br>**ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS PENDING PRIVATE MEDIATION** |

This matter came before the Court on joint motion by Plaintiff Elizabeth Cuevas ("Plaintiff") and Defendant Conam Management Corporation ("Defendant") to stay all proceedings in this matter for ninety (90) days pending mediation.

After consideration of all the papers submitted and all other matters presented to the Court in this action, the Court GRANTS the parties' Motion.

There is no risk of prejudice since the parties jointly seek a stay, the parties have agreed to limited tolling of the applicable limitations period, and a stay would conserve both the parties' and this Court's resources.

Therefore, **IT IS HEREBY ORDERED** that all proceedings in this matter are stayed for ninety (90) days pending private mediation. All currently applicable dates and deadlines, including discovery deadlines, are hereby taken off calendar. Per the parties' agreement, should a collective be preliminarily certified, the applicable statute of limitations will be calculated from ninety (90) days prior to the date of certification for absent members of the collective. Specifically, the Court **VACATES** the hearing on Plaintiff's motion to leave to file an amended complaint set on July 12, 2019 and motion for conditional certification set on August 2, 2019.

It is **HEREBY FURTHER ORDERED** that, no later than seven (7) calendar days after this stay expires, the parties will either advise this Court of the status of the settlement (if any) or shall jointly propose revised dates governing this matter going forward.

IT IS SO ORDERED.

Dated: June 4, 2019

Hon. Gonzalo P. Curiel
United States District Judge

3:18-CV-1189-GPC-LL