MAJED DAKAK (SBN 271875)
*mdakak@kbslaw.com*
KESSELMAN BRANTLY STOCKINGER LLP
1230 Rosecrans Avenue, Suite 400
Manhattan Beach, CA 90266
(310) 307-4555
(310) 307-4570 (Fax)

DENNIS S. HYUN (SBN 224240)
*dhyun@hyunlegal.com*
HYUN LEGAL, APC
515 S. Figueroa St., Suite 1250
Los Angeles, CA 90071
(213) 488-6555
(213) 488-6554 (Fax)

Attorneys for PLAINTIFF and CONSENTERS

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH CUEVAS, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CONAM MANAGEMENT CORPORATION, a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:18-cv-1189-GPC-LL<br><br>**NOTICE OF FILING PLAINTIFF'S CONSENT TO SUE FORMS**<br><br>District Judge: Gonzalo P. Curiel<br>Courtroom 2D<br><br>Magistrate Judge: Linda Lopez<br>Courtroom 2B |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

   **PLEASE TAKE NOTICE THAT** pursuant to this Court's Order dated November 4, 2019 (Dkt. 67), counsel for Plaintiff hereby submits all "Consent to Join" forms that were postmarked within the 90-day opt-in period.  A true and correct copy of all such properly submitted forms are attached hereto in **Exhibit 1** (with redactions to protect privacy of opt-ins).  Counsel for the Plaintiff apologizes for the delay in this filing as it has been dealing with disruptions given the current covid-19 pandemic.

   Additionally, the names of each of the of 366 opt-ins who properly submitted their "Consent to Join" forms have been copied to the below table for this Court's convenience.  Counsel for the parties are meeting and conferring on a few late "Consent to Sue" forms where the belated opt-ins believes they submitted their opt-ins timely despite the fact it was postmarked after the deadline.

| | | |
|---|---|---|
| 1 | Aguilar | Javier |
| 2 | Aguilera | Jose |
| 3 | Aguirre | Nancy |
| 4 | Aguirre | Ashley |
| 5 | Alfaro | Monica |
| 6 | Ali | Raymond |
| 7 | Allen | Cody |
| 8 | Alva | Rafael |
| 9 | Alvarado | Martha |
| 10 | Anaya | Jose |
| 11 | Andrade | Araceli |
| 12 | Anthony | Angelina |
| 13 | Anthony | Maiesha |
| 14 | Aragon | Amber |
| 15 | Aragon | Jamie |
| 16 | Armenta | Melissa |
| 17 | Asebedo | Vanessa |
| 18 | Ayotte | Anna |
| 19 | Ayotte | Wilson |

Case No. 3:18-CV-1189-GPC-LL
NOTICE OF FILING PLAINTIFF'S CONSENT TO SUE FORMS

| 20 | Bacorn | Jerry |
|----|--------|-------|
| 21 | Baldridge | Austin |
| 22 | Banks | Karla |
| 23 | Barr | Marlena |
| 24 | Barragan | Anaberta |
| 25 | Beamon | Dwayne |
| 26 | Beasley | Conchita |
| 27 | Bechtel | Alana |
| 28 | Becker | Jesica |
| 29 | Belio | Sunshine |
| 30 | Bell | Claudette |
| 31 | Beltran | Jonathan |
| 32 | Belvins | Arnesha |
| 33 | Bennick | Christina |
| 34 | Berber | Joe |
| 35 | Bernabe | Leonardo |
| 36 | Bernard | Jamie |
| 37 | Bolin | Dena |
| 38 | Borgstadt (Payne) | Heather |
| 39 | Boucher | Genoia |
| 40 | Brevig | Steven |
| 41 | Brimage | Erika |
| 42 | Brodie | Michael |
| 43 | Brown | Guy |
| 44 | Brown | Kerry |
| 45 | Brown | Sharon |
| 46 | Bruce | John |
| 47 | Bush | Darrell |
| 48 | Caballero | Yvonne |
| 49 | Calderon | Carlos |
| 50 | Camino | Joanna |
| 51 | Campbell | Katheryn |
| 52 | Candia | Rose |
| 53 | Cardenas | Jose |
| 54 | Carlson | Curtis |
| 55 | Carlson | Kevin |

3

NOTICE OF FILING PLAINTIFF'S CONSENT TO SUE FORMS

| 56 | Carrillo | Salvidor |
| 57 | Carter | Charmaine |
| 58 | Carter | Joshua |
| 59 | Castaneda | Gaberiel |
| 60 | Castro | Jessica |
| 61 | Castro | Nancy |
| 62 | Caterina | Christine |
| 63 | Chavez | Jorge |
| 64 | Chavez | Steven |
| 65 | Choi | Esther |
| 66 | Collazo | Julia |
| 67 | Contreras | Kristian |
| 68 | Cook | Donald |
| 69 | Corbett | Marcia |
| 70 | Correa | Juan |
| 71 | Cortez | Irma |
| 72 | Coxsey | Tierra |
| 73 | Crance-Agnew | Kelley |
| 74 | Crawley | Benjamin |
| 75 | Crowley | Kelly |
| 76 | Crum | Jennifer |
| 77 | Cruz | Pauline |
| 78 | Cueto | Fabian |
| 79 | Dalton | Michael |
| 80 | Danninger | Crystal |
| 81 | Davis | Cassina |
| 82 | Davis | Nicole |
| 83 | De Jesus | Robert |
| 84 | De La Rosa | Antonio |
| 85 | Decker | Genevieve |
| 86 | Dela Cruz | Christopher |
| 87 | Deo | Savita |
| 88 | Diaz | Leticia |
| 89 | Dolezal-Guion | Yolanda |
| 90 | Dominguez Blancas | Reynaldo |
| 91 | Doucet | Mary |

NOTICE OF FILING PLAINTIFF'S CONSENT TO SUE FORMS

| 92 | Drake | Brittney |
|---|---|---|
| 93 | Drake | Dean |
| 94 | Duarte | Jonathan |
| 95 | Dunson | Paul |
| 96 | Duran | Patricia |
| 97 | Duran | Jabier |
| 98 | Dworaczyk | Christian |
| 99 | Ealey | William |
| 100 | Earls | Tommy |
| 101 | Edmonds | Thomas |
| 102 | Edmond | Regina |
| 103 | Emlinger | Molly |
| 104 | Enriquez | Maria |
| 105 | Escobedo | Daniel |
| 106 | Esperanzate | Mendel |
| 107 | Espinoza | Lilia |
| 108 | Estala | Kristina |
| 109 | Eynon | Ivykristine |
| 110 | Faison | Pauline |
| 111 | Fanelli | Ruby |
| 112 | Farrier-Bonner | Tiffany |
| 113 | Figueroa | Brianna |
| 114 | Flores | Jesse |
| 115 | Flores Hernandez | Esteban |
| 116 | Florez Jr. | Fermin |
| 117 | Florez Vazquez | Gerordo |
| 118 | Franco | Stephanie |
| 119 | Fry | Darci |
| 120 | Fuller | Darian |
| 121 | Fulmore | Anthony |
| 122 | Galvan | Monique |
| 123 | Garcia | Marco |
| 124 | Garcia | Juan |
| 125 | Garcia | Monica |
| 126 | Garcia | Steven |
| 127 | Garibay | Rudy |

Case No. 3:18-CV-1189-GPC-LL
NOTICE OF FILING PLAINTIFF'S CONSENT TO SUE FORMS

| 128 | Garrett | Regina |
| 129 | Garza | Benigno |
| 130 | Gaydarov | Jordan |
| 131 | Gilbert | Kierra |
| 132 | Gluck | Ira |
| 133 | Glueck | Matthew |
| 134 | Gomez | Chantanelle |
| 135 | Gomez-Anzures | Ana |
| 136 | Gonzalez | Veronica |
| 137 | Gonzalez | Alberto |
| 138 | Gorman | Ginger |
| 139 | Grammer | Christopher |
| 140 | Grasso | Mary Beth |
| 141 | Green | Vianette |
| 142 | Greenwood | Celeste |
| 143 | Griffith | Vaniese |
| 144 | Griggs | Leslie |
| 145 | Guidry | Steve |
| 146 | Guinac | Marisol |
| 147 | Guinn | Brittany |
| 148 | Gutierrez | Liliana |
| 149 | Guzman | Carmen |
| 150 | Haase | Michael |
| 151 | Hamilton | Darnell |
| 152 | Harman | Scott |
| 153 | Harrell | Dalton Ray |
| 154 | Hathaway | Lori |
| 155 | Henderson | Jonathan |
| 156 | Hernandez | James |
| 157 | Hernandez | Humberto |
| 158 | Hess | Russell |
| 159 | Hillaby | Dezeri |
| 160 | Hines | Maletina |
| 161 | Hintz | Brent |
| 162 | Hodges | Patricia |
| 163 | Hoffman | Damon |

Case No. 3:18-CV-1189-GPC-LL
NOTICE OF FILING PLAINTIFF'S CONSENT TO SUE FORMS

| 164 | Holland | Dora |
|-----|---------|------|
| 165 | Huertas | Orlando |
| 166 | Hurst | Robert |
| 167 | Hyche | M. Andre |
| 168 | Ibarra | Erik |
| 169 | Iwuaba | Stephanie |
| 170 | Jackson | Dorion |
| 171 | Janes | Morgan Wade |
| 172 | Jaquez | Avilene |
| 173 | Jara | Larissa |
| 174 | Jordan | Sophia |
| 175 | Kealty | Katherine |
| 176 | Kelly | Pamela |
| 177 | Kessman | Alan |
| 178 | Kimrey | Michael |
| 179 | King | Cynthia |
| 180 | Korschinowski | Karleah |
| 181 | Kraemer | Bradley |
| 182 | Krebsbach | Kirsty |
| 183 | Lambert | Jeremy |
| 184 | Landry | Aimee |
| 185 | Lee | Andre |
| 186 | Leggett | Heather |
| 187 | Lichman | Thomas |
| 188 | Littleton | Beatrice |
| 189 | Livingston | Paige |
| 190 | Logan | Deborah |
| 191 | Lopez | Jesus |
| 192 | Lopez | David |
| 193 | Lopez | Javier |
| 194 | Lopez | Eddie |
| 195 | Lopez | Juan |
| 196 | Lopez | Cinthya |
| 197 | Lopez | Jesse |
| 198 | Lopez | Dora |
| 199 | Lopez | Nayelli |

7

| 200 | Lopez-Velasco | Liana |
|---|---|---|
| 201 | Maciel | Alonso |
| 202 | Mack | LeeAnn |
| 203 | Maeda | Shyheem |
| 204 | Magana Ceron | Jorge |
| 205 | Major | Jamie |
| 206 | Malone | Miranda |
| 207 | Manescu | William |
| 208 | Manning | Kylie |
| 209 | Marin-Reyes | Analilia |
| 210 | Markenson | Lori |
| 211 | Marron | Santiago |
| 212 | Martinez | Josh |
| 213 | Martinez | Esmeralda |
| 214 | Martinez | Eduardo |
| 215 | Martinez | Maria G |
| 216 | Martinez-Rodriguez | Alba M |
| 217 | Masters | Aaron |
| 218 | Mata | Carolina |
| 219 | Mattie | Michelle |
| 220 | Mazon | Andres |
| 221 | McCloud | Larissa |
| 222 | McIntosh | Rick |
| 223 | McKinney | Jannelle |
| 224 | Medina | Herber |
| 225 | Mejia | Candelarea |
| 226 | Mendoza | Stephanie |
| 227 | Mendoza | Alfonso |
| 228 | Meth | Robert |
| 229 | Meza | Christian |
| 230 | Miller | Della |
| 231 | Milligan | Lisa |
| 232 | Mills | Diamond |
| 233 | Moen | Aixa |
| 234 | Monreal | Esmelralda |
| 235 | Montano | Fernando |

Case No. 3:18-CV-1189-GPC-LL
NOTICE OF FILING PLAINTIFF'S CONSENT TO SUE FORMS

| 236 | Moore | Christina |
| 237 | Mora | Laura |
| 238 | Moreno | Irma |
| 239 | Munoz | Roberto |
| 240 | Murphy | Joseph |
| 241 | Myishia | Watkins |
| 242 | Newman | Patrick |
| 243 | Nieves | Juan |
| 244 | Northrop | Stanley |
| 245 | Ochs | Wade |
| 246 | Ocomen | Eugene |
| 247 | Ogle | David |
| 248 | Olivares | Alberto |
| 249 | Oneill | Jessica |
| 250 | Ornelas | Angelica |
| 251 | Oropeza | Diana |
| 252 | Orozco | Ana |
| 253 | Outlaw | Sabrina |
| 254 | Paine | Kimberly |
| 255 | Palafox | Jennifer |
| 256 | Parris | Robert |
| 257 | Partida | Josefina |
| 258 | Pelle | Markeda |
| 259 | Penhall | Nacoel |
| 260 | Perez | Jennifer |
| 261 | Perez | Jorge |
| 262 | Perez | Alberto |
| 263 | Perez | Elizabeth |
| 264 | Perez Ramos | Christian |
| 265 | Phillips | Reagan |
| 266 | Pitman | Jorie |
| 267 | Portillo | Ruben |
| 268 | Potter | Phillip |
| 269 | Quesada | Teresa |
| 270 | Quezada | Susan |
| 271 | Quillen | Melvin |

Case No. 3:18-CV-1189-GPC-LL
NOTICE OF FILING PLAINTIFF'S CONSENT TO SUE FORMS

| 272 | Quinnett | Brandon |
|-----|----------|---------|
| 273 | Rahn | Brandon |
| 274 | Ramirez | Clarissa |
| 275 | Ramirez | Oscar |
| 276 | Ramirez | Raul |
| 277 | Ramirez | Maria |
| 278 | Ramos | Mayra |
| 279 | Ramos | Pedro |
| 280 | Ramos | Raul |
| 281 | Rand | Sheila |
| 282 | Ransom | Ryan |
| 283 | Rauer | Marjorie |
| 284 | Reed | Larry |
| 285 | Regina | Isabella |
| 286 | Renfro | Laura |
| 287 | Reyes | Magali |
| 288 | Reyes | Ivana |
| 289 | Ricks | Mack |
| 290 | Riddle | Richard |
| 291 | Ritchey | Elizabeth |
| 292 | Robinson | Bronson |
| 293 | Rogers | Simone |
| 294 | Rojas | Marissa |
| 295 | Rolfe | Christy |
| 296 | Romero | Monica |
| 297 | Ruffner | Joseph |
| 298 | Ruiz | Rebecca |
| 299 | Salazar | Agustin |
| 300 | Salcedo | Francisco |
| 301 | Salgado | Maria |
| 302 | Sanchez | Vidal |
| 303 | Sanchez | Alberto |
| 304 | Santee | Jeramie |
| 305 | Santiago | Angelica |
| 306 | Santos | Elizabeth |
| 307 | Sarinana | Zayda |

NOTICE OF FILING PLAINTIFF'S CONSENT TO SUE FORMS

| 308 | Savage | Richard |
|-----|--------|---------|
| 309 | Segura | Cindi |
| 310 | Shelley | Esther |
| 311 | Simas | Stephanie |
| 312 | Smith | David |
| 313 | Smith | Rosalyne |
| 314 | Smith | Richard |
| 315 | Soos | John |
| 316 | Soto | Carmen |
| 317 | Soto | Helena |
| 318 | Spillane | Timothy |
| 319 | Spruell | Cory |
| 320 | Stanich | Bonnie |
| 321 | Stanley | Gina |
| 322 | Stevens | Toni |
| 323 | Stevens | Ciarajade |
| 324 | Stopper | Roman |
| 325 | Stratton | Tiffany |
| 326 | Sudi | Abdalla |
| 327 | Taylor | Jannelle |
| 328 | Theimer | Michael |
| 329 | Thomas | Tyler |
| 330 | Thompson | Richard |
| 331 | Thompson | Jerrell |
| 332 | Thompson | Cabriel |
| 333 | Torres | Mike |
| 334 | Torres | Elizbeth |
| 335 | Torres | Kiara |
| 336 | Torres | Rafael |
| 337 | Torrs | Sean |
| 338 | Tovar | Marco |
| 339 | Townsel | Kenyada |
| 340 | Tristan | Marlene |
| 341 | Tucker | Amy |
| 342 | Uhland | Monica |
| 343 | Urbi-Collum | Jocelyn |

Case No. 3:18-CV-1189-GPC-LL
NOTICE OF FILING PLAINTIFF'S CONSENT TO SUE FORMS

| | | |
|---|---|---|
| 344 | Valderrama | Ebelin |
| 345 | Valdez | George |
| 346 | Valenzuela | Noe |
| 347 | Valeriano | Elide |
| 348 | Vasylchuk | Mykola |
| 349 | Vela | Ramon |
| 350 | Velasquez | Miriam |
| 351 | Velasquez | Pamela |
| 352 | Vera | Joel |
| 353 | Vigil | Rose |
| 354 | Villa | Jose |
| 355 | Villanueva | Marcelo |
| 356 | Wassgren | Eric |
| 357 | Williams | Brittney |
| 358 | Williams | Janora |
| 359 | Williams | Veronica |
| 360 | Wilson | Karina |
| 361 | Worden | Hillary |
| 362 | Wysmirski | Jennifer |
| 363 | Xiong | Pa |
| 364 | Yarbrough | Janet |
| 365 | Young | Keryn |
| 366 | Zavala | Veronica |

**Dated:**  May 8, 2020            **KESSELMAN BRANTLY STOCKINGER LLP**
**HYUN LEGAL, APC**

_____*/s/ Majed Dakak*_____
Majed Dakak

Attorneys for PLAINTIFF and CONSENTERS
Email:  mdakak@kbslaw.com

NOTICE OF FILING PLAINTIFF'S CONSENT TO SUE FORMS