MAJED DAKAK (SBN 271875)
*mdakak@kbslaw.com*
KESSELMAN BRANTLY STOCKINGER LLP
1230 Rosecrans Avenue, Suite 400
Manhattan Beach, CA 90266
(310) 307-4555
(310) 307-4570 (Fax)

DENNIS S. HYUN (SBN 224240)
*dhyun@hyunlegal.com*
HYUN LEGAL, APC
515 S. Figueroa St., Suite 1250
Los Angeles, CA 90071
(213) 488-6555
(213) 488-6554 (Fax)

Attorneys for PLAINTIFF and CONSENTERS

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH CUEVAS, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CONAM MANAGEMENT CORPORATION, a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:18-cv-1189-GPC-LL<br><br>**NOTICE OF ERRATA RE FILING PLAINTIFF'S CONSENT TO SUE FORMS DKT 73**<br><br>District Judge: Gonzalo P. Curiel<br>Courtroom 2D<br><br>Magistrate Judge: Linda Lopez<br>Courtroom 2B |

Plaintiff Elizabeth Cuevas hereby gives notice that previously filed *Notice of Filing Plaintiff's Consent to Sue Forms* [Dkt 73] filed on May 8, 2020 was erroneously filed without the attached (with redactions to protect privacy) **Exhibit 1** Consent to Sue form. With the addition of the attached form, the total number of opt-in clients is now 367.

The names of each of the of 367 opt-ins who properly submitted their "Consent to Join" forms have been copied to the below table for this Court's convenience.

| 1 | Aguilar | Javier |
|----|-----------|----------|
| 2 | Aguilera | Jose |
| 3 | Aguirre | Nancy |
| 4 | Aguirre | Ashley |
| 5 | Alfaro | Monica |
| 6 | Ali | Raymond |
| 7 | Allen | Cody |
| 8 | Alva | Rafael |
| 9 | Alvarado | Martha |
| 10 | Anaya | Jose |
| 11 | Andrade | Araceli |
| 12 | Anthony | Angelina |
| 13 | Anthony | Maiesha |
| 14 | Aragon | Amber |
| 15 | Aragon | Jamie |
| 16 | Armenta | Melissa |
| 17 | Asebedo | Vanessa |
| 18 | Ayotte | Anna |
| 19 | Ayotte | Wilson |
| 20 | Bacorn | Jerry |
| 21 | Baldridge | Austin |
| 22 | Banks | Karla |
| 23 | Barr | Marlena |
| 24 | Barragan | Anaberta |
| 25 | Beamon | Dwayne |

Case No. 3:18-CV-1189-GPC-LL
NOTICE OF ERRATA RE FILING PLAINTIFF'S
CONSENT TO SUE FORMS DKT 73

| 26 | Beasley | Conchita |
|----|---------|----------|
| 27 | Bechtel | Alana |
| 28 | Becker | Jesica |
| 29 | Belio | Sunshine |
| 30 | Bell | Claudette |
| 31 | Beltran | Jonathan |
| 32 | Belvins | Arnesha |
| 33 | Bennick | Christina |
| 34 | Berber | Joe |
| 35 | Bernabe | Leonardo |
| 36 | Bernard | Jamie |
| 37 | Bolin | Dena |
| 38 | Borgstadt (Payne) | Heather |
| 39 | Boucher | Genoia |
| 40 | Brevig | Steven |
| 41 | Brimage | Erika |
| 42 | Brodie | Michael |
| 43 | Brown | Guy |
| 44 | Brown | Kerry |
| 45 | Brown | Sharon |
| 46 | Bruce | John |
| 47 | Bush | Darrell |
| 48 | Caballero | Yvonne |
| 49 | Calderon | Carlos |
| 50 | Camino | Joanna |
| 51 | Campbell | Katheryn |
| 52 | Candia | Rose |
| 53 | Cardenas | Jose |
| 54 | Carlson | Curtis |
| 55 | Carlson | Kevin |
| 56 | Carrillo | Salvidor |
| 57 | Carter | Charmaine |
| 58 | Carter | Joshua |
| 59 | Castaneda | Gaberiel |
| 60 | Castro | Jessica |
| 61 | Castro | Nancy |

3

| 62 | Caterina | Christine |
| 63 | Chavez | Jorge |
| 64 | Chavez | Steven |
| 65 | Choi | Esther |
| 66 | Collazo | Julia |
| 67 | Contreras | Kristian |
| 68 | Cook | Donald |
| 69 | Corbett | Marcia |
| 70 | Correa | Juan |
| 71 | Cortez | Irma |
| 72 | Coxsey | Tierra |
| 73 | Crance-Agnew | Kelley |
| 74 | Crawley | Benjamin |
| 75 | Crowley | Kelly |
| 76 | Crum | Jennifer |
| 77 | Cruz | Pauline |
| 78 | Cueto | Fabian |
| 79 | Dalton | Michael |
| 80 | Danninger | Crystal |
| 81 | Davis | Cassina |
| 82 | Davis | Nicole |
| 83 | De Jesus | Robert |
| 84 | De La Rosa | Antonio |
| 85 | Decker | Genevieve |
| 86 | Dela Cruz | Christopher |
| 87 | Deo | Savita |
| 88 | Diaz | Leticia |
| 89 | Dolezal-Guion | Yolanda |
| 90 | Dominguez Blancas | Reynaldo |
| 91 | Doucet | Mary |
| 92 | Drake | Brittney |
| 93 | Drake | Dean |
| 94 | Duarte | Jonathan |
| 95 | Dunson | Paul |
| 96 | Duran | Patricia |
| 97 | Duran | Jabier |

Case No. 3:18-CV-1189-GPC-LL
NOTICE OF ERRATA RE FILING PLAINTIFF'S
CONSENT TO SUE FORMS DKT 73

| 98 | Dworaczyk | Christian |
|---|---|---|
| 99 | Ealey | William |
| 100 | Earls | Tommy |
| 101 | Edmonds | Thomas |
| 102 | Edmond | Regina |
| 103 | Emlinger | Molly |
| 104 | Enriquez | Maria |
| 105 | Escobedo | Daniel |
| 106 | Esperanzate | Mendel |
| 107 | Espinoza | Lilia |
| 108 | Estala | Kristina |
| 109 | Eynon | Ivykristine |
| 110 | Faison | Pauline |
| 111 | Fanelli | Ruby |
| 112 | Farrier-Bonner | Tiffany |
| 113 | Figueroa | Brianna |
| 114 | Flores | Jesse |
| 115 | Flores Hernandez | Esteban |
| 116 | Florez Jr. | Fermin |
| 117 | Florez Vazquez | Gerordo |
| 118 | Franco | Stephanie |
| 119 | Fry | Darci |
| 120 | Fuller | Darian |
| 121 | Fulmore | Anthony |
| 122 | Galvan | Monique |
| 123 | Garcia | Marco |
| 124 | Garcia | Juan |
| 125 | Garcia | Monica |
| 126 | Garcia | Steven |
| 127 | Garibay | Rudy |
| 128 | Garrett | Regina |
| 129 | Garza | Benigno |
| 130 | Gaydarov | Jordan |
| 131 | Gilbert | Kierra |
| 132 | Gluck | Ira |
| 133 | Glueck | Matthew |

Case No. 3:18-CV-1189-GPC-LL
NOTICE OF ERRATA RE FILING PLAINTIFF'S
CONSENT TO SUE FORMS DKT 73

| 134 | Gomez | Chantanelle |
|---|---|---|
| 135 | Gomez-Anzures | Ana |
| 136 | Gonzalez | Veronica |
| 137 | Gonzalez | Alberto |
| 138 | Gorman | Ginger |
| 139 | Grammer | Christopher |
| 140 | Grasso | Mary Beth |
| 141 | Green | Vianette |
| 142 | Greenwood | Celeste |
| 143 | Griffith | Vaniese |
| 144 | Griggs | Leslie |
| 145 | Guidry | Steve |
| 146 | Guinac | Marisol |
| 147 | Guinn | Brittany |
| 148 | Gutierrez | Liliana |
| 149 | Guzman | Carmen |
| 150 | Haase | Michael |
| 151 | Hamilton | Darnell |
| 152 | Harman | Scott |
| 153 | Harrell | Dalton Ray |
| 154 | Hathaway | Lori |
| 155 | Henderson | Jonathan |
| 156 | Hernandez | James |
| 157 | Hernandez | Humberto |
| 158 | Hess | Russell |
| 159 | Hillaby | Dezeri |
| 160 | Hines | Maletina |
| 161 | Hintz | Brent |
| 162 | Hodges | Patricia |
| 163 | Hoffman | Damon |
| 164 | Holland | Dora |
| 165 | Huertas | Orlando |
| 166 | Hurst | Robert |
| 167 | Hyche | M. Andre |
| 168 | Ibarra | Erik |
| 169 | Iwuaba | Stephanie |

| 170 | Jackson | Dorion |
|-----|---------|--------|
| 171 | Janes | Morgan Wade |
| 172 | Jaquez | Avilene |
| 173 | Jara | Larissa |
| 174 | Jordan | Sophia |
| 175 | Kealty | Katherine |
| 176 | Kelly | Pamela |
| 177 | Kessman | Alan |
| 178 | Kimrey | Michael |
| 179 | King | Cynthia |
| 180 | Korschinowski | Karleah |
| 181 | Kraemer | Bradley |
| 182 | Krebsbach | Kirsty |
| 183 | Lambert | Jeremy |
| 184 | Landry | Aimee |
| 185 | Lee | Andre |
| 186 | Leggett | Heather |
| 187 | Lichman | Thomas |
| 188 | Littleton | Beatrice |
| 189 | Livingston | Paige |
| 190 | Logan | Deborah |
| 191 | Lopez | Jesus |
| 192 | Lopez | David |
| 193 | Lopez | Javier |
| 194 | Lopez | Eddie |
| 195 | Lopez | Juan |
| 196 | Lopez | Cinthya |
| 197 | Lopez | Jesse |
| 198 | Lopez | Dora |
| 199 | Lopez | Nayelli |
| 200 | Lopez-Velasco | Liana |
| 201 | Maciel | Alonso |
| 202 | Mack | LeeAnn |
| 203 | Maeda | Shyheem |
| 204 | Magana Ceron | Jorge |
| 205 | Major | Jamie |

Case No. 3:18-CV-1189-GPC-LL

NOTICE OF ERRATA RE FILING PLAINTIFF'S
CONSENT TO SUE FORMS DKT 73

| 206 | Malone | Miranda |
|---|---|---|
| 207 | Manescu | William |
| 208 | Manning | Kylie |
| 209 | Marin-Reyes | Analilia |
| 210 | Markenson | Lori |
| 211 | Marron | Santiago |
| 212 | Martinez | Josh |
| 213 | Martinez | Esmeralda |
| 214 | Martinez | Eduardo |
| 215 | Martinez | Maria G |
| 216 | Martinez-Rodriguez | Alba M |
| 217 | Masters | Aaron |
| 218 | Mata | Carolina |
| 219 | Mattie | Michelle |
| 220 | Mazon | Andres |
| 221 | McCloud | Larissa |
| 222 | McIntosh | Rick |
| 223 | McKinney | Jannelle |
| 224 | Medina | Herber |
| 225 | Mejia | Candelarea |
| 226 | Mendoza | Stephanie |
| 227 | Mendoza | Alfonso |
| 228 | Meth | Robert |
| 229 | Meza | Christian |
| 230 | Miller | Della |
| 231 | Milligan | Lisa |
| 232 | Mills | Diamond |
| 233 | Moen | Aixa |
| 234 | Monreal | Esmelralda |
| 235 | Montano | Fernando |
| 236 | Moore | Christina |
| 237 | Mora | Laura |
| 238 | Moreno | Irma |
| 239 | Munoz | Roberto |
| 240 | Murphy | Joseph |
| 241 | Myishia | Watkins |

8

| 242 | Newman | Patrick |
|-----|--------|---------|
| 243 | Nieves | Juan |
| 244 | Northrop | Stanley |
| 245 | Ochs | Wade |
| 246 | Ocomen | Eugene |
| 247 | Ogle | David |
| 248 | Olivares | Alberto |
| 249 | Oneill | Jessica |
| 250 | Ornelas | Angelica |
| 251 | Oropeza | Diana |
| 252 | Orozco | Ana |
| 253 | Outlaw | Sabrina |
| 254 | Paine | Kimberly |
| 255 | Palafox | Jennifer |
| 256 | Parris | Robert |
| 257 | Partida | Josefina |
| 258 | Pelle | Markeda |
| 259 | Penhall | Nacoel |
| 260 | Perez | Jennifer |
| 261 | Perez | Jorge |
| 262 | Perez | Alberto |
| 263 | Perez | Elizabeth |
| 264 | Perez Ramos | Christian |
| 265 | Phillips | Reagan |
| 266 | Pitman | Jorie |
| 267 | Portillo | Ruben |
| 268 | Potter | Phillip |
| 269 | Quesada | Teresa |
| 270 | Quezada | Susan |
| 271 | Quillen | Melvin |
| 272 | Quinnett | Brandon |
| 273 | Rahn | Brandon |
| 274 | Ramirez | Clarissa |
| 275 | Ramirez | Oscar |
| 276 | Ramirez | Raul |
| 277 | Ramirez | Maria |

9

| | | |
|---|---|---|
| 278 | Ramos | Mayra |
| 279 | Ramos | Pedro |
| 280 | Ramos | Raul |
| 281 | Rand | Sheila |
| 282 | Ransom | Ryan |
| 283 | Rauer | Marjorie |
| 284 | Reed | Larry |
| 285 | Regina | Isabella |
| 286 | Renfro | Laura |
| 287 | Reyes | Magali |
| 288 | Reyes | Ivana |
| 289 | Ricks | Mack |
| 290 | Riddle | Richard |
| 291 | Ritchey | Elizabeth |
| 292 | Robinson | Bronson |
| 293 | Rogers | Simone |
| 294 | Rojas | Marissa |
| 295 | Rolfe | Christy |
| 296 | Romero | Monica |
| 297 | Ruffner | Joseph |
| 298 | Ruiz | Rebecca |
| 299 | Salazar | Agustin |
| 300 | Salcedo | Francisco |
| 301 | Salgado | Maria |
| 302 | Sanchez | Vidal |
| 303 | Sanchez | Alberto |
| 304 | Santee | Jeramie |
| 305 | Santiago | Angelica |
| 306 | Santos | Elizabeth |
| 307 | Sarinana | Zayda |
| 308 | Savage | Richard |
| 309 | Segura | Cindi |
| 310 | Shelley | Esther |
| 311 | Simas | Stephanie |
| 312 | Smith | David |
| 313 | Smith | Rosalyne |

Case No. 3:18-CV-1189-GPC-LL
NOTICE OF ERRATA RE FILING PLAINTIFF'S
CONSENT TO SUE FORMS DKT 73

| 314 | Smith | Richard |
|---|---|---|
| 315 | Soos | John |
| 316 | Soto | Carmen |
| 317 | Soto | Helena |
| 318 | Spillane | Timothy |
| 319 | Spruell | Cory |
| 320 | Stanich | Bonnie |
| 321 | Stanley | Gina |
| 322 | Stevens | Toni |
| 323 | Stevens | Ciarajade |
| 324 | Stopper | Roman |
| 325 | Stratton | Tiffany |
| 326 | Sudi | Abdalla |
| 327 | Taylor | Jannelle |
| 328 | Theimer | Michael |
| 329 | Thomas | Tyler |
| 330 | Thompson | Richard |
| 331 | Thompson | Jerrell |
| 332 | Thompson | Cabriel |
| 333 | Torres | Mike |
| 334 | Torres | Elizbeth |
| 335 | Torres | Kiara |
| 336 | Torres | Rafael |
| 337 | Torrs | Sean |
| 338 | Tovar | Marco |
| 339 | Townsel | Kenyada |
| 340 | Tristan | Marlene |
| 341 | Tucker | Amy |
| 342 | Uhland | Monica |
| 343 | Urbi-Collum | Jocelyn |
| 344 | Valderrama | Ebelin |
| 345 | Valdez | George |
| 346 | Valenzuela | Noe |
| 347 | Valeriano | Elide |
| 348 | Vasylchuk | Mykola |
| 349 | Vela | Ramon |

11

| 350 | Velasquez | Miriam |
|-----|-----------|--------|
| 351 | Velasquez | Pamela |
| 352 | Vera | Joel |
| 353 | Vigil | Rose |
| 354 | Villa | Jose |
| 355 | Villanueva | Marcelo |
| 356 | Wassgren | Eric |
| 357 | Williams | Brittney |
| 358 | Williams | Janora |
| 359 | Williams | Veronica |
| 360 | Wilson | Karina |
| 361 | Worden | Hillary |
| 362 | Wysmirski | Jennifer |
| 363 | Xiong | Pa |
| 364 | Yarbrough | Janet |
| 365 | Young | Keryn |
| 366 | Zavala | Veronica |
| 367 | Cuevas | Elizabeth |

**Dated:** June 19, 2020              **KESSELMAN BRANTLY STOCKINGER LLP**
                                       **HYUN LEGAL, APC**

                                       _____*/s/ Majed Dakak*_____
                                       Majed Dakak

                                       Attorneys for PLAINTIFF and CONSENTERS
                                       Email: mdakak@kbslaw.com

12

# EXHIBIT 1

CV CON625
T02837

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

ELIZABETH CUEVAS, as an individual and on behalf of all others similarly situated,

                Plaintiff,

vs.

CONAM MANAGEMENT CORPORATION, a California corporation; and DOES 1 through 10, inclusive,

                Defendants.

Case No.: 18CV1189 GPC (JMA)

CONSENT TO JOIN

## CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT

I work or worked for Conam Management Corporation, at some point between June 6, 2015 and October 21, 2019, and received overtime pay and non-discretionary incentive pay, including without limitation, bonuses, during the same pay period.

I choose to participate in the FLSA collective action titled *Cuevas v. Conam Management Corp.*, pending in United States District Court for the Southern District of California, to recover unpaid overtime pay and damages, including liquidated damages, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under federal law.

Check either of the two options below:

_____ ✓ I choose to be represented in this matter by the named Plaintiffs and their counsel (*Kesselman Brantly Stockinger LLP* and *Hyun Legal, APC*) in this action.

_____ I chose to be represented in this matter by my own counsel.

    My counsel's information is: _____.

Dated: 2/20/20

Signature: [signature]

Print Name: Elizabeth Cuevas

Email: [redacted]

Address [redacted]

Phone: [redacted]

**To be effective, this Form must be received or postmarked on or before March 9, 2020.** Mail the completed form to Phoenix Settlement Administrators. This Consent to Sue is not valid and effective until you have received a receipt from Phoenix Settlement Administrators indicating that it has been filed. If you have not received a receipt within 3 weeks from your transmission of the form to us, you must contact Phoenix Settlement Administrators.