UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH CUEVAS, as an individual and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CONAM MANAGEMENT CORPORATION, a California corporation; and does 1 through 10, inclusive,<br><br>　　　　　　　　　　　Defendants. | Case No.: 18cv1189-GPC(LL)<br><br>**ORDER REFERRING MATTER TO MAGISTRATE JUDGE GALLO FOR SETTLEMENT PROCEEDINGS** |

　　The Court refers the matter for settlement proceedings before Magistrate Judge William V. Gallo. The parties shall contact the chambers of Judge Gallo to schedule the settlement conference.

　　IT IS SO ORDERED.

Dated: June 25, 2020

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Gonzalo P. Curiel
　　　　　　　　　　　　　　　　　　　　United States District Judge