# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH CUEVAS, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CONAM MANAGEMENT CORPORATION, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No.: 18-CV-1189-GPC-LL<br><br>**ORDER SETTING VIDEO MANDATORY SETTLEMENT CONFERENCE AND ISSUING UPDATED PROCEDURES** |

On June 25, 2020, District Judge Curiel referred this matter for settlement proceedings to this Court**.** (Doc. No. 27.) Having coordinated with counsel for the Parties, the Court hereby ORDERS the Parties to appear via Zoom video conference for a mandatory settlement conference ("MSC") on **Wednesday, August 12, 2020 at 10:00 a.m.**, consistent with Chief Judge Order No. 32, which, in part, suspends Local Rule 16.1's requirement for personal appearances in settlement proceedings in light of the ongoing COVID-19 pandemic. To that end, the Parties shall lodge, **no later than Wednesday, August 5, 2020**, their confidential settlement statements with supporting documents, if any, to this Court's Chambers' electronic address: efile_gallo@casd.uscourts.gov.

To facilitate the video conference, **IT IS HEREBY ORDERED:**

1.　　The Court will use its official Zoom video conferencing account to hold the

MSC.  **IF YOU ARE UNFAMILIAR WITH ZOOM:** Zoom is available on computers through a download on the Zoom website (https://zoom.us/meetings) or on mobile devices through the installation of a free app.[1]  Joining a Zoom conference does not require creating a Zoom account, but it does require downloading the .exe file (if using a computer) or the app (if using a mobile device).  Participants are encouraged to create an account, install Zoom and familiarize themselves with Zoom in advance of the MSC.[2]  There is a cost-free option for creating a Zoom account.

      2.      Prior to the start of the MSC, the Court will e-mail each MSC participant an invitation to join a Zoom video conference.  Again, if possible, participants are encouraged to use laptops or desktop computers for the video conference, as mobile devices often offer inferior performance. Participants shall join the video conference by following the ZoomGov Meeting hyperlink in the invitation.  **Participants who do not have Zoom already installed on their device when they click on the ZoomGov Meeting hyperlink will be prompted to download and install Zoom before proceeding**.  Zoom may then prompt participants to enter the password included in the invitation. All participants will be placed in a waiting room until the MSC begins.

      3.      Each participant should plan to join the Zoom video conference **at least five minutes before** the start of the MSC to ensure that the MSC begins promptly at 10:00 a.m.. **The Zoom e-mail invitation may indicate an earlier start time, but the MSC will begin at the Court-scheduled time.**

      4.      Zoom's functionalities will allow the Court to conduct the MSC as it ordinarily would conduct an in-person MSC.  That is, the Court will begin the MSC with all participants joined together in a main session.  After an initial discussion in the main

---

[1] If possible, participants are encouraged to use laptops or desktop computers for the video conference, as mobile devices often offer inferior performance.

[2] For help getting started with Zoom, visit: https://support.zoom.us/hc/en-us/categories/200101697-Getting-Started

2

18-CV-1189-GPC-LL

session, the Court will divide participants into separate, confidential sessions, which Zoom calls Breakout Rooms.³  In a Breakout Room, the Court will be able to communicate with participants from a single party in confidence.  Breakout Rooms will also allow parties and counsel to communicate confidentially without the Court.

5. **No later than 5:00 p.m. on Tuesday, August 4, 2020,** counsel for each party shall send an e-mail to the Court at efile_gallo@casd.uscourts.gov containing the following:

 a. The **name and title of each participant**, including all parties and party representatives with full settlement authority, claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation;

 b. An **e-mail address for each participant** to receive the Zoom video conference invitation; and

 c. A **telephone number where each participant** may be reached so that if technical difficulties arise, the Court will be in a position to proceed telephonically instead of by video conference.  (If counsel prefers to have all participants of their party on a single conference call, counsel may provide a conference number and appropriate call-in information, including an access code, where all counsel and parties or party representatives for that side may be reached as an alternative to providing individual telephone numbers for each participant.)

6. All participants shall display the same level of professionalism during the MSC and be prepared to devote their full attention to the MSC as if they were attending in person.  Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging cable is readily

///

///

---

³ For more information on what to expect when participating in a Zoom Breakout Room, visit: https://support.zoom.us/hc/en-us/articles/115005769646

1 | available during the video conference.
2 | Dated: July 7, 2020

_____
Hon. William V. Gallo
United States Magistrate Judge