UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH CUEVAS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CONAM MANAGEMENT CORPORATION, et al.,<br><br>    Defendants. | Case No.: 18-CV-1189-GPC-LL<br><br>**ORDER RESETTING VIDEO MANDATORY SETTLEMENT CONFERENCE** |

On July 7, 2020, this Court issued a Notice and Order for Video Mandatory Settlement Conference and set a Mandatory Settlement Conference ("MSC") for Wednesday, August 12, 2020 at 10:00 a.m. (Doc. No. 78.) Due to changes in the Court's calendar, and after conferring with counsel for the Parties, the Court hereby RESETS the MSC to **Thursday, August 27, 2020 at 9:00 a.m**. All other dates as set forth in the Court's July 7, 2020 Order still stand.

Dated: July 17, 2020

_____
Hon. William V. Gallo
United States Magistrate Judge