UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH CUEVAS, individually and on behalf of all others similarly situated,<br><br>                                    Plaintiff,<br><br>v.<br><br>CONAM MANAGEMENT CORPORATION, et al.,<br><br>                                    Defendants. | Case No.: 18-CV-1189-GPC-LL<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

On July 7, 2020, this Court issued a Notice and Order for Video Mandatory Settlement Conference and set a Mandatory Settlement Conference ("MSC") for Wednesday, August 12, 2020 at 10:00 a.m. (Doc. No. 78.) On July 17, 2020, the Court reset the MSC to Thursday, August 27, 2020 at 9:00 a.m. and ordered the Parties to submit their respective MSC statements. (Doc. No. 79.) Having reviewed and considered the Parties' MSC statements, the Court finds additional context as to the Parties' negotiations process would facilitate a more productive discussion at the August 27 MSC. Accordingly, the Court hereby ORDERS the Parties to submit a joint status report, no longer than five (5) pages, setting forth Plaintiff's current demand, Defendant's most recent counter offer, a brief history of the Parties' settlement discussions, what progress they have made to date,

1  and what hindrances to settlement still exist.  The Parties shall file this joint status report
2  **no later than Monday, August 24, 2020**.
3  Dated: August 14, 2020

_____
Hon. William V. Gallo
United States Magistrate Judge