UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH CUEVAS, individually and on behalf of all others similarly situated,<br><br>                     Plaintiff,<br><br>v.<br><br>CONAM MANAGEMENT CORPORATION; and Does 1 through 10, inclusive,<br><br>                    Defendant. | Case No.:  18-CV-1189-GPC-LL<br><br>**ORDER FOLLOWING MANDATORY SETTLEMENT CONFERENCE** |

On August 27, 2020, the Court held a Mandatory Settlement Conference ("MSC") in the above-captioned matter pursuant to its July 17, 2020 Order. (Doc. No. 79.) Dennis Hyun and Majed Dakak appeared for Plaintiff. Adam KohSweeney appeared for Defendant.  The Parties resolved this matter in its entirety.

Having consulted with the attorneys for the Parties, and good cause appearing, **IT IS HEREBY ORDERED:**

1. Defendant shall provide a draft settlement agreement to Plaintiff on or before **September 11, 2020**.

2. Plaintiff shall review the settlement agreement Defendant has provided and shall timely submit any changes to Defendant.  In the event that a dispute arises

regarding the terms of the settlement agreement, the Parties shall meet and confer and shall promptly notify the Court of any dispute that they are not able to resolve themselves.  The settlement agreement shall be executed on or before **October 9, 2020**.

3. **On or before Friday, November 6, 2020**, Plaintiff shall file a Joint Motion for Preliminary Approval of Settlement and a Motion for Attorneys' Fees, consistent with all applicable Civil Local Rules and Judge Curiel's Civil Chambers Rules.

4. In the event Judge Curiel denies the Joint Motion for Preliminary Approval of Settlement to any extent, the Court hereby ORDERS the Parties to jointly contact this Court's Chambers and the Chambers of Magistrate Judge Lopez **no later than two (2) business days** following the issuance of Judge Curiel's Order on the Parties' Joint Motion for Preliminary Approval of Settlement.

5. Finally, given the Parties' resolution of this matter, all outstanding dates and deadlines governing the action, except those outlined immediately above, are hereby VACATED.

**IT IS SO ORDERED.**

DATED:  August 27, 2020

Hon. William V. Gallo
United States Magistrate Judge